UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JASMINE LAMB, )<br>)<br>Movant )<br>)<br>v. )<br>)<br>ALLIANCE FOR TRIBAL CLEAN )<br>ENERGY, )<br>)<br>Respondent ) | 1:26-mc-00057-SDN |

**PROCEDURAL ORDER**

The Court will conduct a telephonic conference in this matter on February 19, 2026, at 1:00 p.m. (Eastern) to discuss the issues relevant to the motion to quash and to schedule a hearing on the motion. The Clerk will provide the parties with contact information for the telephonic conference. Prior to the conference, counsel for Alliance for Tribal Clean Energy shall arrange for the entry of appearance of local counsel and for the filing of a completed Certification for Admission Pro Hac Vice form.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 13th day of February, 2026.