UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JASMINE LAMB, | ) | |
|     Movant | ) ) ) | |
| v. | ) ) | 1:26-mc-00057-SDN |
| ALLIANCE FOR TRIBAL CLEAN ENERGY, | ) ) ) ) | |
|     Respondent | ) | |

**PROCEDURAL ORDER**

Following a telephone conference on February 19, 2026, for the reasons stated on the record, the Courts orders:

1. Intervenors' Motion to Intervene (ECF No. 8) is granted without objection.

2. Intervenors are deemed to have joined in Movant's Motion to Quash or Modify Subpoenas.

3. Respondent shall file its response to the Motion to Quash on or before March 6, 2026.

4. Intervenors (collectively) and Movant may each file a reply memorandum in support of the motion on or before March 20, 2026.

5. If Respondent wishes to respond to any issues raised in the reply memoranda, Respondent may file a motion to file a sur-reply for the Court's consideration.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 19th day of February, 2026.