# EXHIBIT 16

---------- Forwarded message ---------
From: **Keri Bradford-Gomez** <keri@tribalcleanenergy.org>
Date: Wed, Dec 3, 2025 at 3:23 PM
Subject: Fwd: Cheri Smith is not Mikmaq
To: Cheri Smith <cheri@tribalcleanenergy.org>

**Keri Bradford-Gomez, Ph.D.**
*Choctaw Nation of Oklahoma*
**Director of Communications**
(202) 281-0118, Mountain Time
keri@tribalcleanenergy.org
**tribalcleanenergy.org**

---------- Forwarded message ---------
From: **RACE SHIFTERS** <raceshiftersexposed@gmail.com>
Date: Wed, Dec 3, 2025 at 11:47 AM
Subject: Cheri Smith is not Mikmaq
To: press@tribalcleanenergy.org <press@tribalcleanenergy.org>

**To whom it may concern:**

**Subject:** Concern Regarding Verification of Indigenous Identity

To whom it may concern:

I am writing regarding Cheri Smith's claims to Inidgeneity.

As you may know, there is a well-documented and growing problem across the United States and Canada in which individuals of primarily European—especially French—ancestry are **racially shifting** into "Indigenous" identities without any community recognition or lived connection to the nations they claim.

Scholar **Darryl Leroux**, who has studied this phenomenon extensively, explains that *"race shifting is largely driven by white people reinventing themselves as Indigenous through the discovery or construction of a distant ancestor."* He has also stated that *"genealogy is being used as a weapon,"* allowing people to position themselves as Indigenous based solely on tenuous seventeenth-century ancestry.

This issue is particularly significant for the Mi'kmaq Nation. Many French families in the 1600s were connected—sometimes inaccurately or speculatively—to Indigenous women in colonial records. Leroux emphasizes:

- *"A distant Indigenous ancestor does not make a person Indigenous today."*

- *"Kinship, community, and lived relationships—not blood fragments—define Indigenous identity."*

For Mi'kmaq communities, identity is grounded in **community acceptance, political belonging, cultural continuity, and recognized kinship ties**. Someone with a single possible Mi'kmaq ancestor from the 1600s is **not considered Mi'kmaq** by Mi'kmaq nations unless they have maintained ongoing, recognized, relational ties over generations.

Because of these concerns, I am requesting that Yale University ensure that:

1. **Speakers who present themselves as Indigenous have verifiable, community-recognized ties** to the nation they claim; and

2. **Mi'kmaq identity claims are evaluated in consultation with Mi'kmaq communities**, who are the only authorities capable of determining Mi'kmaq belonging.

I am raising this issue out of respect for genuine Mi'kmaq people, whose culture, lived history, and community-defined identity standards must be protected from misrepresentation. This is also essential for academic integrity, ethical engagement, and responsible inclusion of Indigenous voices in university settings.

I would appreciate confirmation that Yale will review this matter and ensure proper identity verification protocols for future events.

Thank you for your attention and commitment to responsible Indigenous representation.

I have attached a document about Smith that contains her genealogy.

We are a collective of concerned Indigenous and non-Indigenous activists in Canada who expose the fraud of pretendianing. We wish to remain anonymous for our safety.

Sincerely,
RACESHIFTERS2.0 on instagram

---

Virus-free.[www.avg.com](http://www.avg.com)