UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| JASMINE LAMB, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | 1:26-mc-00057-SDN |
| | ) | |
| ALLIANCE FOR TRIBAL | ) | |
| CLEAN ENERGY, | ) | |
| | ) | |
| Respondent. | ) | |

**<u>ORDER AFFIRMING RECOMMENDED DECISION</u>**

On June 24, 2026, the Magistrate Judge recommended denying Movant Jasmine Lamb's motion to quash two subpoenas issued in a related civil action pending in the U.S. District Court for the District of Oregon.[1] ECF No. 32 at 9. He also recommended granting in part Ms. Lamb's alternate request to modify the subpoenas to produce certain documents. *Id*. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. The time within which to file objections expired on July 8, 2026, and no objections have been filed, either before or after the deadline.

The Court finds no clear error and agrees with the findings set forth in the Recommended Decision. The Court therefore **AFFIRMS** and **ADOPTS** the Magistrate Judge's Recommended Decision. ECF No. 32. The Court **DENIES** Movant's motion to quash the two subpoenas. ECF No. 1. The Court **GRANTS in part** Movant's request to modify the subpoenas as follows:

---

[1] *See All. for Tribal Clean Energy, et al. v. 7Skyline, LLC*, Dkt. No. 24-cv-01818 (D. Or. 2024).

1

Ms. Lamb is required to

- produce all communications, including text messages, emails, and social media messages, dated on or after April 19, 2024, which she created, sent to, or received from "any person" related to or referencing Chéri Smith;

- produce all communications, including text messages, emails, and social media messages, dated on or after April 19, 2024, which she created, sent to, or received from any person relating to or referencing "Alliance for Tribal Clean Energy," "ACTE," or the "Alliance"; and

- appear for a deposition.

"Any person" shall not include Jennifer Rouda, David Harper, or 7Skyline employees using 7Skyline equipment or accounts.[2]

**SO ORDERED.**

Dated this 27th day of July, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**

---

[2] The Respondents Alliance for Tribal Clean Energy and Chéri Smith requested the Court reserve the issue of deciding whether Ms. Lamb should be required to produce relevant documents as to Jennifer Rouda, David Harper, or 7Skyline employees in the future. ECF No. 21 at 19. The Court agrees with the Magistrate Judge that it need not decide the issue at this time. *See* ECF No. 32 at 5 n.4.